# United States Court of Appeals
## For the First Circuit

---

Nos. 13-1633 & 13-1657

UNITED STATES OF AMERICA,

Appellee,

v.

JOSE L. RODRÍGUEZ-MARTINEZ AND JOEL SANTINI-MENDEZ,

Defendants-Appellants.

---

**ERRATA SHEET**

The opinion of this Court issued on February 20, 2015 is amended as follows:

On the coversheet replace "MARTINEZ-RODRÍGUEZ" with "RODRÍGUEZ-MARTINEZ"